**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF CALIFORNIA

Case number *(if known)* _____  Chapter **11**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Brothers Geiser Two, LLC** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **82-3092896** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **915 Main Street**<br>**Martinez, CA 94553**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Contra Costa**<br>County | **Location of principal assets, if different from principal place of business** |
| | | | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **tacodaddy.com** |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Case: 24-40832   Doc# 1   Filed: 06/03/24   Entered: 06/03/24 17:33:34   Page 1 of 38

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

     ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ☐ A plan is being filed with this petition.

     ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

     ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

     ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | |
|---|---|
| Debtor | Relationship |
| District | When |
| | Case number, if known |

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency

Contact name

Phone

---

█ **Statistical and administrative information**

**13.** **Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Case number (*if known*) _____

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Official Form 201   **Voluntary Petition for Non-Individuals Filing for Bankruptcy**   page 4

██████  **Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **June  3, 2024**
                MM / DD / YYYY

**X** **/s/ Ryan Geiser**                                          **Ryan Geiser**
      Signature of authorized representative of debtor              Printed name

Title    **Managing Member**

**18. Signature of attorney**

**X** **/s/ Marc Voisenat**                                    Date   **June  3, 2024**
      Signature of attorney for debtor                                MM / DD / YYYY

**Marc Voisenat 170935**
Printed name

**Law Office of Marc Voisenat**
Firm name

**2329 A Eagle Avenue**
**Alameda, CA 94501**
Number, Street, City, State & ZIP Code

Contact phone    **510-263-8755**        Email address    **voisenat@gmail.com**

**170935 CA**
Bar number and State

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF CALIFORNIA

Case number *(if known)* _____  Chapter  **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Brothers Geiser Two, LLC** | |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **82-3092896** | |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **915 Main Street** **Martinez, CA 94553** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Contra Costa** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)   **tacodaddy.com**

6. **Type of debtor**

   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

   ☐ Partnership (excluding LLP)

   ☐ Other. Specify: _____

Official Form 201                    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                    page 1

**7.** **Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

   ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

Case: 24-40832   Doc# 1   Filed: 06/03/24   Entered: 06/03/24 17:33:34   Page 7 of 38

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
| District | | When | | Case number, if known | |

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
Contact name _____
Phone _____

---

**█ Statistical and administrative information**

**13.** **Debtor's estimation of available funds** .

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15.** **Estimated Assets**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16.** **Estimated liabilities**

☐ $0 - $50,000

☐ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ■ $500,001 - $1 million

- ☐ $10,000,001 - $50  million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Request for Relief, Declaration, and Signatures |
| --- |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June  3, 2024**
MM / DD / YYYY

**X /s/ Ryan Geiser**
Signature of authorized representative of debtor

**Ryan Geiser**
Printed name

Title    **Managing Member**

**18. Signature of attorney**

**X /s/ Marc Voisenat**
Signature of attorney for debtor

Date **June  3, 2024**
MM / DD / YYYY

**Marc Voisenat 170935**
Printed name

**Law Office of Marc Voisenat**
Firm name

**2329 A Eagle Avenue**
**Alameda, CA 94501**
Number, Street, City, State & ZIP Code

Contact phone **510-263-8755**    Email address **voisenat@gmail.com**

**170935 CA**
Bar number and State

Form **1120-S**

# U.S. Income Tax Return for an S Corporation

Do not file this form unless the corporation has filed or is attaching Form 2553 to elect to be an S corporation.
Go to www.irs.gov/Form1120S for instructions and the latest information.

OMB No. 1545-0123

**2022**

Department of the Treasury
Internal Revenue Service

For calendar year 2022 or tax year beginning _____ , ending _____

**A** S election effective date
01/01/2020

**B** Business activity code number (see instructions)
722511

**C** Check if Sch. M-3 attached ☐

TYPE OR PRINT

Name
BROTHERS GEISER TWO LLC
DBA TACO DADDY'S

Number, street, and room or suite no. If a P.O. box, see instructions.
915 MAIN ST

City or town, state or province, country, and ZIP or foreign postal code
MARTINEZ, CA 94553

**D** Employer identification number
82-3092896

**E** Date incorporated
09/25/2017

**F** Total assets (see instructions)
$ 883,603.

**G** Is the corporation electing to be an S corporation beginning with this tax year? ☐ Yes ☒ No

**H** Check if: **(1)** ☐ Final return **(2)** ☐ Name change **(3)** ☐ Address change **(4)** ☐ Amended return **(5)** ☐ S election termination

**I** Enter the number of shareholders who were shareholders during any part of the tax year ........................ 1

**J** Check if corporation: **(1)** ☐ Aggregated activities for section 465 at-risk purposes **(2)** ☐ Grouped activities for section 469 passive activity purposes

**Caution:** Include only trade or business income and expenses on lines 1a through 21. See the instructions for more information.

| | Income | | | |
|---|---|---|---|---|
| 1a | Gross receipts or sales | 1,008,951. | **c** Bal. Subtract line 1b from line 1a | 1c | 1,008,951. |

**Income**

| 1a | Gross receipts or sales | 1,008,951. | **b** Return and allowances | | **c** Bal. Subtract line 1b from line 1a | **1c** | 1,008,951. |
|---|---|---|---|---|---|---|---|
| 2 | Cost of goods sold (attach Form 1125-A) | | | | | **2** | 675,680. |
| 3 | Gross profit. Subtract line 2 from line 1c | | | | | **3** | 333,271. |
| 4 | Net gain (loss) from Form 4797, line 17 (attach Form 4797) | | | | | **4** | |
| 5 | Other income (loss) (attach statement) | | | | | **5** | |
| 6 | **Total income (loss).** Add lines 3 through 5 | | | | | **6** | 333,271. |

**Deductions (See instructions for limitations)**

| 7 | Compensation of officers (see instrs. - attach Form 1125-E) | **7** | 71,000. |
|---|---|---|---|
| 8 | Salaries and wages (less employment credits) | **8** | 9,964. |
| 9 | Repairs and maintenance | **9** | |
| 10 | Bad debts | **10** | |
| 11 | Rents | **11** | 13,400. |
| 12 | Taxes and licenses | STATEMENT 1 | **12** | 106,574. |
| 13 | Interest (see instructions) | **13** | 79,292. |
| 14 | Depreciation from Form 4562 not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | **14** | |
| 15 | Depletion **(Do not deduct oil and gas depletion.)** | **15** | |
| 16 | Advertising | **16** | 2,198. |
| 17 | Pension, profit-sharing, etc., plans | **17** | |
| 18 | Employee benefit programs | **18** | |
| 19 | Other deductions (attach statement) | STATEMENT 2 | **19** | 35,326. |
| 20 | **Total deductions.** Add lines 7 through 19 | **20** | 317,754. |
| 21 | **Ordinary business income (loss).** Subtract line 20 from line 6 | **21** | 15,517. |

**Tax and Payments**

| 22a | Excess net passive income or LIFO recapture tax (see instructions) | 22a | | | |
|---|---|---|---|---|---|
| b | Tax from Schedule D (Form 1120-S) | 22b | | | |
| c | Add lines 22a and 22b | | | **22c** | |
| 23a | 2022 estimated tax payments and 2021 overpayment credited to 2022 | 23a | | | |
| b | Tax deposited with Form 7004 | 23b | | | |
| c | Credit for federal tax paid on fuels (attach Form 4136) | 23c | | | |
| d | Add lines 23a through 23c | | | **23d** | |
| 24 | Estimated tax penalty (see instructions). Check if Form 2220 is attached ☐ | | | **24** | |
| 25 | **Amount owed.** If line 23d is smaller than the total of lines 22c and 24, enter amount owed | | | **25** | |
| 26 | **Overpayment.** If line 23d is larger than the total of lines 22c and 24, enter amount overpaid | | | **26** | |
| 27 | Enter amount from line 26: **Credited to 2023 estimated tax** _____ **Refunded** | | | **27** | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature of officer _____ Date _____ Title PRESIDENT

May the IRS discuss this return with the preparer shown below? See instr. ☐ Yes ☐ No

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check if self-employed | PTIN |
|---|---|---|---|---|
| RACHEL RUHE | | 02/08/23 | ☒ | P01357164 |

Firm's name ▸ RUHE CPA
Firm's EIN ▸ 81-4890237

Firm's address ▸ 348 WESTAIRE BLVD
MARTINEZ, CA 94553
Phone no. (510) 681-4860

LHA **For Paperwork Reduction Act Notice, see separate instructions.** 211701 12-09-22 Form **1120-S** (2022)

## Schedule B   Other Information (see instructions)

|  | Yes | No |
|---|---|---|
| **1** Check accounting method:   **a** ☒ Cash   **b** ☐ Accrual   **c** ☐ Other (specify) _____ |  |  |
| **2** See the instructions and enter the: |  |  |
| **a** Business activity   RESTAURANT      **b** Product or service   FULL SERVICE REST. |  |  |
| **3** At any time during the tax year, was any shareholder of the corporation a disregarded entity, a trust, an estate, or a nominee or similar person? If "Yes," attach Schedule B-1, Information on Certain Shareholders of an S Corporation |  | X |
| **4** At the end of the tax year, did the corporation: |  |  |
| **a** Own directly 20% or more, or own, directly or indirectly, 50% or more of the total stock issued and outstanding of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below |  | X |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage of Stock Owned | (v) If Percentage in (iv) is 100%, Enter the Date (if applicable) a Qualified Subchapter S Subsidiary Election Was Made |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

| | Yes | No |
|---|---|---|
| **b** Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below |  | X |

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

|  | Yes | No |
|---|---|---|
| **5a** At the end of the tax year, did the corporation have any outstanding shares of restricted stock? |  | X |
| If "Yes," complete lines (i) and (ii) below. |  |  |
| (i) Total shares of restricted stock _____ |  |  |
| (ii) Total shares of non-restricted stock _____ |  |  |
| **b** At the end of the tax year, did the corporation have any outstanding stock options, warrants, or similar instruments? |  | X |
| If "Yes," complete lines (i) and (ii) below. |  |  |
| (i) Total shares of stock outstanding at the end of the tax year _____ |  |  |
| (ii) Total shares of stock outstanding if all instruments were executed _____ |  |  |
| **6** Has this corporation filed, or is it required to file, **Form 8918**, Material Advisor Disclosure Statement, to provide info. on any reportable transaction? |  | X |
| **7** Check this box if the corporation issued publicly offered debt instruments with original issue discount ☐ |  |  |
| If checked, the corporation may have to file **Form 8281**, Information Return for Publicly Offered Original Issue Discount Instruments. |  |  |
| **8** If the corporation **(a)** was a C corporation before it elected to be an S corporation **or** the corporation acquired an asset with a basis determined by reference to the basis of the asset (or the basis of any other property) in the hands of a C corporation, **and (b)** has net unrealized built-in gain in excess of the net recognized built-in gain from prior years, enter the net unrealized built-in gain reduced by net recognized built-in gain from prior years    $ _____ |  |  |
| **9** Did the corporation have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year? See instructions |  | X |
| **10** Does the corporation satisfy one or more of the following? See instructions |  | X |
| **a** The corporation owns a pass-through entity with current, or prior year carryover, excess business interest expense. |  |  |
| **b** The corporation's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $27 million and the corporation has business interest expense. |  |  |
| **c** The corporation is a tax shelter and the corporation has business interest expense. |  |  |
| If "Yes," complete and attach **Form 8990**, Limitation on Business Interest Expense Under Section 163(j). |  |  |
| **11** Does the corporation satisfy **both** of the following conditions? |  | X |
| **a** The corporation's total receipts (see instructions) for the tax year were less than $250,000. |  |  |
| **b** The corporation's total assets at the end of the tax year were less than $250,000. |  |  |
| If "Yes," the corporation is not required to complete Schedules L and M-1. |  |  |

Case: 24-40832    Doc# 1    Filed: 06/03/24    Entered: 06/03/24 17:33:34    Page 12 of 38

21260208 150861 BROTHERSGEISER      2022.02040 BROTHERS GEISER TWO LLC D BROTHER1

## Schedule B    Other Information (see instructions) (continued)

| | | Yes | No |
|---|---|---|---|
| 12 | During the tax year, did the corporation have any non-shareholder debt that was canceled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? | | X |
| | If "Yes," enter the amount of principal reduction $ _____ | | |
| 13 | During the tax year, was a qualified subchapter S subsidiary election terminated or revoked? If "Yes," see instructions | | X |
| 14a | Did the corporation make any payments in 2022 that would require it to file Form(s) 1099? | | X |
| b | If "Yes," did or will the corporation file required Form(s) 1099? | | |
| 15 | Is the corporation attaching Form 8996 to certify as a Qualified Opportunity Fund? | | X |
| | If "Yes," enter the amount from Form 8996 , line 15 $ _____ | | |

## Schedule K    Shareholders' Pro Rata Share Items

| | | | | Total amount |
|---|---|---|---|---|
| **Income (Loss)** | 1 | Ordinary business income (loss) (page 1, line 21) | 1 | 15,517. |
| | 2 | Net rental real estate income (loss) (attach Form 8825) | 2 | |
| | 3a | Other gross rental income (loss) | 3a | |
| | b | Expenses from other rental activities (attach statement) | 3b | |
| | c | Other net rental income (loss). Subtract line 3b from line 3a | 3c | |
| | 4 | Interest income                STATEMENT 3 | 4 | 1. |
| | 5 | Dividends: a Ordinary dividends | 5a | |
| | | b Qualified dividends | 5b | |
| | 6 | Royalties | 6 | |
| | 7 | Net short-term capital gain (loss) (attach Schedule D (Form 1120-S)) | 7 | |
| | 8a | Net long-term capital gain (loss) (attach Schedule D (Form 1120-S)) | 8a | |
| | b | Collectibles (28%) gain (loss) | 8b | |
| | c | Unrecaptured section 1250 gain (attach statement) | 8c | |
| | 9 | Net section 1231 gain (loss) (attach Form 4797) | 9 | |
| | 10 | Other income (loss) (see instructions)     Type | 10 | |
| **Deductions** | 11 | Section 179 deduction (attach Form 4562) | 11 | |
| | 12a | Charitable contributions | 12a | |
| | b | Investment interest expense | 12b | |
| | c | Section 59(e)(2) expenditures     Type | 12c | |
| | d | Other deductions (see instructions)     Type | 12d | |
| **Credits** | 13a | Low-income housing credit (section 42(j)(5)) | 13a | |
| | b | Low-income housing credit (other) | 13b | |
| | c | Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable) | 13c | |
| | d | Other rental real estate credits (see instructions) Type | 13d | |
| | e | Other rental credits (see instructions)     Type | 13e | |
| | f | Biofuel producer credit (attach Form 6478) | 13f | |
| | g | Other credits (see instructions)     Type | 13g | |
| **International** | 14 | Attach Schedule K-2 (Form 1120-S), Shareholders' Pro Rata Share Items - International, and check this box to indicate you are reporting items of international tax relevance ☐ | | |
| **Alternative Minimum Tax (AMT) Items** | 15a | Post-1986 depreciation adjustment | 15a | |
| | b | Adjusted gain or loss | 15b | |
| | c | Depletion (other than oil and gas) | 15c | |
| | d | Oil, gas, and geothermal properties - gross income | 15d | |
| | e | Oil, gas, and geothermal properties - deductions | 15e | |
| | f | Other AMT items (attach statement) | 15f | |
| **Items Affecting Shareholder Basis** | 16a | Tax-exempt interest income | 16a | |
| | b | Other tax-exempt income | 16b | |
| | c | Nondeductible expenses | 16c | |
| | d | Distributions (attach statement if required) | 16d | |
| | e | Repayment of loans from shareholders | 16e | |
| | f | Foreign taxes paid or accrued | 16f | |

Form **1120-S** (2022)

Case: 24-40832    Doc# 1    Filed: 06/03/24    Entered: 06/03/24 17:33:34    Page 13 of 38
21260208 150861 BROTHERSGEISER                2022.02040 BROTHERS GEISER TWO LLC D BROTHER1

## Schedule K — Shareholders' Pro Rata Share Items *(continued)*

| | | Total amount |
|---|---|---|
| **17a** Investment income | 17a | 1. |
| **b** Investment expenses | 17b | |
| **c** Dividend distributions paid from accumulated earnings and profits | 17c | |
| **d** Other items and amounts (att. stmt.) | STATEMENT 4 | |

**Reconciliation**

**18 Income (loss) reconciliation.** Combine the amounts on lines 1 through 10 in the far right column. From the result, subtract the sum of the amounts on lines 11 through 12d and 16f ... | 18 | 15,518. |

## Schedule L — Balance Sheets per Books

| | Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---|---|---|---|
| 1 | Cash | | 72,077. | | 29,211. |
| 2 a | Trade notes and accounts receivable | | | | |
| b | Less allowance for bad debts | ( ) | | ( ) | |
| 3 | Inventories | | | | |
| 4 | U.S. government obligations | | | | |
| 5 | Tax-exempt securities | | | | |
| 6 | Other current assets (att. stmt.) | STATEMENT 5 | | | 137,377. |
| 7 | Loans to shareholders | | 238,140. | | 196,225. |
| 8 | Mortgage and real estate loans | | | | |
| 9 | Other investments (att. stmt.) | STATEMENT 6 | | | 508,908. |
| 10 a | Buildings and other depreciable assets | 8,250. | | 28,250. | |
| b | Less accumulated depreciation | ( 8,250. | 0. | ( 16,368. | 11,882. |
| 11 a | Depletable assets | | | | |
| b | Less accumulated depletion | ( ) | | ( ) | |
| 12 | Land (net of any amortization) | | | | |
| 13 a | Intangible assets (amortizable only) | 56,000. | | 56,000. | |
| b | Less accumulated amortization | 51,568. | 4,432. | 56,000. | 0. |
| 14 | Other assets (att. stmt.) | | | | |
| 15 | Total assets | | 314,649. | | 883,603. |
| | **Liabilities and Shareholders' Equity** | | | | |
| 16 | Accounts payable | | | | |
| 17 | Mortgages, notes, bonds payable in less than 1 year | | 270,410. | | 376,522. |
| 18 | Other current liabilities (att. stmt.) | STATEMENT 7 | 50,000. | | |
| 19 | Loans from shareholders | | | | |
| 20 | Mortgages, notes, bonds payable in 1 year or more | | | | 560,000. |
| 21 | Other liabilities (att. stmt.) | STATEMENT 8 | 62,638. | | |
| 22 | Capital stock | | | | |
| 23 | Additional paid-in capital | | | | |
| 24 | Retained earnings | STATEMENT 9 | -68,399. | | -52,919. |
| 25 | Adjustments to shareholders' equity (att. stmt.) | | | | |
| 26 | Less cost of treasury stock | | ( ) | | ( ) |
| 27 | Total liabilities and shareholders' equity | | 314,649. | | 883,603. |

Form **1120-S** (2022)

Case: 24-40832    Doc# 1    Filed: 06/03/24    4  Entered: 06/03/24 17:33:34    Page 14 of 38

21260208 150861 BROTHERSGEISER                2022.02040 BROTHERS GEISER TWO LLC D BROTHER1

| Schedule M-1 | Reconciliation of Income (Loss) per Books With Income (Loss) per Return |
|---|---|

**Note:** The corporation may be required to file Schedule M-3. See instructions.

| | | | | |
|---|---|---|---|---|
| **1** Net income (loss) per books | 15,480. | **5** Income recorded on books this year not included on Schedule K, lines 1 through 10 (itemize): | | |
| **2** Income included on Schedule K, lines 1, 2, 3c, 4, 5a, 6, 7, 8a, 9, and 10, not recorded on books this year (itemize): _____ | | **a** Tax-exempt interest  $ _____ | | |
| **3** Expenses recorded on books this year not included on Schedule K, lines 1 through 12 and 16f (itemize): | | **6** Deductions included on Schedule K, lines 1 through 12 and 16f, not charged against book income this year (itemize): | | |
| **a** Depreciation  $ _____ | | **a** Depreciation  $ _____ | | |
| **b** Travel and entertainment $ _____ | | | | |
| STMT 10            38. | 38. | **7** Add lines 5 and 6 | | |
| **4** Add lines 1 through 3 | 15,518. | **8** Income (loss) (Schedule K, line 18). Subtract line 7 from line 4 | | 15,518. |

| Schedule M-2 | Analysis of Accumulated Adjustments Account, Shareholders' Undistributed Taxable Income Previously Taxed, Accumulated Earnings and Profits, and Other Adjustments Account (see instrs.) |
|---|---|

| | **(a)** Accumulated adjustments account | **(b)** Shareholders' undistributed taxable income previously taxed | **(c)** Accumulated earnings and profits | **(d)** Other adjustments account |
|---|---|---|---|---|
| **1** Balance at beginning of tax year | -63,487. | | | |
| **2** Ordinary income from page 1, line 21 | 15,517. | | | |
| **3** Other additions        STATEMENT 11 | 1. | | | |
| **4** Loss from page 1, line 21 | ( ) | | | |
| **5** Other reductions | ( ) | | | ( ) |
| **6** Combine lines 1 through 5 | -47,969. | | | |
| **7** Distributions | | | | |
| **8** Balance at end of tax year. Subtract line 7 from line 6 | -47,969. | | | |

211732
12-09-22

Case: 24-40832   Doc# 1   Filed: 06/03/24   5   Entered: 06/03/24 17:33:34   Page 15 of 38

21260208  150861  BROTHERSGEISER                    2022.02040 BROTHERS GEISER TWO LLC D BROTHER1

Form **1125-A**

(Rev. November 2018)

Department of the Treasury
Internal Revenue Service

# Cost of Goods Sold

▶ Attach to Form 1120, 1120-C, 1120-F, 1120S, or 1065.

▶ Go to www.irs.gov/Form1125A for the latest information.

OMB No. 1545-0123

Name  BROTHERS GEISER TWO LLC
DBA TACO DADDY'S

Employer Identification number

82-3092896

| | | |
|---|---|---:|
| 1 | Inventory at beginning of year ........... **1** | |
| 2 | Purchases ........... **2** | 319,266. |
| 3 | Cost of labor ........... **3** | 285,133. |
| 4 | Additional section 263A costs (attach schedule) ........... **4** | |
| 5 | Other costs (attach schedule)   SEE STATEMENT 12   **5** | 71,281. |
| 6 | **Total.** Add lines 1 through 5 ........... **6** | 675,680. |
| 7 | Inventory at end of year ........... **7** | |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on Form 1120, page 1, line 2 or the appropriate line of your tax return. See instructions ........... **8** | 675,680. |

**9 a** Check all methods used for valuing closing inventory:

(i)  ☐ Cost

(ii)  ☐ Lower of cost or market

(iii)  ☐ Other (Specify method used and attach explanation) ▶ _____

**b** Check if there was a writedown of subnormal goods ........... ▶ ☐

**c** Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) ........... ▶ ☐

**d** If the LIFO inventory method was used for this tax year, enter amount of closing inventory computed under LIFO ........... **9d**

**e** If property is produced or acquired for resale, do the rules of Section 263A apply to the entity? See instructions ........... ☐ Yes ☒ No

**f** Was there any change in determining quantities, cost, or valuations between opening and closing inventory? ........... ☐ Yes ☒ No
If "Yes," attach explanation.

For Paperwork Reduction Act Notice, see separate instructions.

Form **1125-A** (Rev. 11-2018)

224441
04-01-22   LHA

Form **1125-E**
(Rev. October 2016)
Department of the Treasury
Internal Revenue Service

# Compensation of Officers

▶ Attach to Form 1120, 1120-C, 1120-F, 1120-REIT, 1120-RIC, or 1120S.
▶ Information about Form 1125-E and its separate instructions is at www.irs.gov/form1125e.

OMB No. 1545-0123

Name  BROTHERS GEISER TWO LLC
      DBA TACO DADDY'S

Employer Identification number
82-3092896

**Note:** Complete Form 1125-E only if total receipts are $500,000 or more. See instructions for definition of total receipts.

| (a) Name of officer | (b) Social security number | (c) Percent of time devoted to business | Percent of stock owned | | (f) Amount of compensation |
|---|---|---|---|---|---|
| | | | (d) Common | (e) Preferred | |
| 1 RYAN GEISER | | 100% | 100.00% | | 71,000. |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| | | | |
|---|---|---|---|
| **2** Total compensation of officers | **2** | | 71,000. |
| **3** Compensation of officers claimed on Form 1125-A or elsewhere on return | **3** | | |
| **4** Subtract line 3 from line 2. Enter the result here and on Form 1120, page 1, line 12 or the appropriate line of your tax return | **4** | | 71,000. |

**For Paperwork Reduction Act Notice, see separate instructions.**

Form **1125-E** (Rev. 10-2016)

224451 04-01-22    LHA

21260208 150861 BROTHERSGEISER                    2022.02040 BROTHERS GEISER TWO LLC D BROTHER1

COST OF GOODS SOLD DEPRECIATION                                                                                    COGS

| Asset No. | Description | Date Acquired | Method | Life | Conv | Line No. | Unadjusted Cost Or Basis | Bus % Excl | Section 179 Expense | * Reduction In Basis | Basis For Depreciation | Beginning Accumulated Depreciation | Current Sec 179 Expense | Current Year Deduction | Ending Accumulated Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | START UP COSTS | 10/20/17 | | 60M | | 43 | 56,000. | | | | 56,000. | 47,600. | | 8,400. | 56,000. |
| 2 | EQUIPMENT | 10/20/17 | SL | 7.00 | HY | 17 | 26,250. | | | | 26,250. | 10,618. | | 3,750. | 14,368. |
| 3 | EQUIPMENT | 07/01/18 | SL | 5.00 | HY | 17 | 2,000. | | | | 2,000. | 1,600. | | 400. | 2,000. |
| | * TOTAL COGS DEPRECIATION & AMORT | | | | | | 84,250. | | | | 84,250. | 59,818. | | 12,550. | 72,368. |

228111 04-01-22

(D) - Asset disposed                                        * ITC, Salvage, Bonus, Commercial Revitalization Deduction, GO Zone

Section 1.263(a)-1(f) De Minimis Safe Harbor Election


Brothers Geiser Two LLC
dba Taco Daddy's
915 Main St
Martinez, CA  94553


Employer Identification Number:  82-3092896


For the Year Ending December 31, 2022


Brothers Geiser Two LLC dba Taco Daddy's is making the de minimis
safe harbor election under Reg. Sec. 1.263(a)-1(f).

```
BROTHERS GEISER TWO LLC DBA TACO DADDY'S                          82-3092896
```

| FORM 1120S | TAXES AND LICENSES | STATEMENT 1 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| TAXES & LICENSES | 105,774. |
| CALIFORNIA TAXES - BASED ON INCOME | 800. |
| TOTAL TO FORM 1120S, PAGE 1, LINE 12 | 106,574. |

| FORM 1120S | OTHER DEDUCTIONS | STATEMENT 2 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| BAND EXPENSE | 2,200. |
| BANK CHARGES | 1,386. |
| CAR & TRUCK | 67. |
| CONTRACTORS | 477. |
| DUES & SUBSCRIPTIONS | 898. |
| EQUIPMENT RENTAL | 250. |
| GIFT CARDS | 356. |
| LEGAL & PROFESSIONAL | 5,902. |
| LOAN AND MERCHANT FEES | 13,756. |
| MEALS NOT SUBJECT TO LIMITATION | 2,611. |
| MOVING | 208. |
| OFFICE SUPPLIES | 568. |
| PAYROLL SERVICE FEES | 5,805. |
| SECURITY | 806. |
| TRAVEL | 36. |
| TOTAL TO FORM 1120S, PAGE 1, LINE 19 | 35,326. |

| SCHEDULE K | INTEREST INCOME | STATEMENT 3 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| INTEREST INCOME | 1. |
| TOTAL TO SCHEDULE K, LINE 4 | 1. |

```
21260208 150861 BROTHERSGEISER            2022.02040 BROTHERS GEISER TWO LLC D BROTHER1
```

| SCHEDULE K | OTHER ITEMS, LINE 17D | STATEMENT 4 |

| DESCRIPTION | AMOUNT |
|---|---|
| SECTION 199A - ORDINARY INCOME (LOSS) | 15,517. |
| SECTION 199A - W-2 WAGES | 366,097. |
| SECTION 199A - UNADJUSTED BASIS OF ASSETS | 28,250. |

| SCHEDULE L | OTHER CURRENT ASSETS | STATEMENT 5 |

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
|---|---|---|
| DUE FROM R&H LLC | | 137,377. |
| TOTAL TO SCHEDULE L, LINE 6 | | 137,377. |

| SCHEDULE L | OTHER INVESTMENTS | STATEMENT 6 |

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
|---|---|---|
| TENANT IMPROVEMENTS NOT YET IN SERVICE | | 508,908. |
| TOTAL TO SCHEDULE L, LINE 9 | | 508,908. |

| SCHEDULE L | OTHER CURRENT LIABILITIES | STATEMENT 7 |

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
|---|---|---|
| SALES TAX PAYABLE | 50,000. | |
| TOTAL TO SCHEDULE L, LINE 18 | 50,000. | |

```
BROTHERS GEISER TWO LLC DBA TACO DADDY'S                    82-3092896
```

| SCHEDULE L | OTHER LIABILITIES | STATEMENT 8 |

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
|---|---|---|
| DUE FROM RELATED PARTY | 62,638. | |
| TOTAL TO SCHEDULE L, LINE 21 | 62,638. | |

| SCHEDULE L | ANALYSIS OF TOTAL RETAINED EARNINGS PER BOOKS | STATEMENT 9 |

| DESCRIPTION | AMOUNT |
|---|---|
| BALANCE AT BEGINNING OF YEAR | -68,399. |
| NET INCOME PER BOOKS | 15,480. |
| DISTRIBUTIONS | 0. |
| OTHER INCREASES (DECREASES) | |
| BALANCE AT END OF YEAR - SCHEDULE L, LINE 24, COLUMN (D) | -52,919. |

| SCHEDULE M-1 | EXPENSES RECORDED ON BOOKS THIS YEAR NOT INCLUDED ON SCHEDULE K | STATEMENT 10 |

| DESCRIPTION | AMOUNT |
|---|---|
| PENALTIES | 38. |
| TOTAL TO SCHEDULE M-1, LINE 3 | 38. |

| SCHEDULE M-2 | ACCUMULATED ADJUSTMENTS ACCOUNT - OTHER ADDITIONS | STATEMENT 11 |

| DESCRIPTION | AMOUNT |
|---|---|
| PORTFOLIO INTEREST INCOME | 1. |
| TOTAL TO SCHEDULE M-2, LINE 3 - COLUMN (A) | 1. |

Case: 24-40832   Doc# 1   Filed: 06/03/24   Entered: 06/03/24 STATEMENT(S) 8, 9, 10, 11

```
BROTHERS GEISER TWO LLC DBA TACO DADDY'S                    82-3092896
```

| DESCRIPTION | AMOUNT |
|---|---:|
| AMORTIZATION | 8,400. |
| DEPRECIATION | 4,150. |
| DOWNTOWN BUSINESS SUPPORT | 2,815. |
| INSURANCE | 11,254. |
| LINENS | 2,493. |
| SUPPLIES | 9,151. |
| UTILITIES | 33,018. |
| TOTAL TO LINE 5 | 71,281. |

**ALTERNATIVE MINIMUM TAX DEPRECIATION REPORT**

| Asset No. | Description | Date Acquired | AMT Method | AMT Life | AMT Cost Or Basis | AMT Accumulated | Regular Depreciation | AMT Depreciation | AMT Adjustment |
|---|---|---|---|---|---|---|---|---|---|
| 2 | EQUIPMENT | 102017 | SL | 7.00 | 26,250. | 16,875. | 3,750. | 3,750. | 0. |
| 3 | EQUIPMENT | 070118 | SL | 5.00 | 2,000. | 1,400. | 400. | 400. | 0. |
| | TOTALS | | | | 28,250. | 18,275. | 4,150. | 4,150. | 0. |

228104
04-01-22

| | Final K-1 | | Amended K-1 | OMB No. 1545-0123 |

**Schedule K-1**
**(Form 1120-S)**

Department of the Treasury
Internal Revenue Service

**2022**

For calendar year 2022, or tax
year beginning _____
ending _____

**Shareholder's Share of Income, Deductions,**
**Credits, etc.** See separate instructions.

| Part III | Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items |
|---|---|

| | | | |
|---|---|---|---|
| **1** | Ordinary business income (loss) 15,517. | **13** | Credits |
| **2** | Net rental real estate inc (loss) | | |
| **3** | Other net rental income (loss) | | |
| **4** | Interest income 1. | | |
| **5a** | Ordinary dividends | | |
| **5b** | Qualified dividends | **14** | Schedule K-3 is attached if checked |
| **6** | Royalties | **15** | Alternative min tax (AMT) items |
| **7** | Net short-term capital gain (loss) | | |
| **8a** | Net long-term capital gain (loss) | | |
| **8b** | Collectibles (28%) gain (loss) | | |
| **8c** | Unrecaptured sec 1250 gain | | |
| **9** | Net section 1231 gain (loss) | **16** | Items affecting shareholder basis |
| **10** | Other income (loss) | | |

### Part I    Information About the Corporation

**A** Corporation's employer identification number
82-3092896

**B** Corporation's name, address, city, state, and ZIP code
BROTHERS GEISER TWO LLC
DBA TACO DADDY'S
915 MAIN ST
MARTINEZ, CA  94553

**C** IRS Center where corporation filed return
E-FILE

**D** Corporation's total number of shares
Beginning of tax year .............. _____
End of tax year .................... _____

### Part II    Information About the Shareholder

**E** Shareholder's identifying number
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

**F** Shareholder's name, address, city, state, and ZIP code

RYAN GEISER
915 MAIN ST
MARTINEZ, CA 94553

**G** Current year allocation percentage     100.000000 %

| | | |
|---|---|---|
| **17** A | Other information 1. |
| **11** Section 179 deduction | **V** | * STMT |
| **12** Other deductions | **AC** | * STMT |

**H** Shareholder's number of shares
Beginning of tax year _____
End of tax year _____

**I** Loans from shareholder
Beginning of tax year ......... $ _____
End of tax year ................. $ _____

**For IRS Use Only**

| | 18 | | More than one activity for at-risk purposes* |
| | 19 | | More than one activity for passive activity purposes* |

*See attached statement for additional information.

211271
12-07-22  **LHA  For Paperwork Reduction Act Notice, see the Instructions for Form 1120-S.**     www.irs.gov/Form1120S     **Schedule K-1 (Form 1120-S) 2022**

Case: 24-40832   Doc# 1   Filed: 06/03/24   Entered: 06/03/24 17:33:34   Page 25 of 38

21260208 150861 BROTHERSGEISER                2022.02040 BROTHERS GEISER TWO LLC D BROTHER1

SCHEDULE K-1          SECTION 199A ADDITIONAL INFORMATION

THE SECTION 199A AMOUNTS TO BE USED IN THE CALCULATION OF THE QUALIFIED
BUSINESS INCOME DEDUCTION ON YOUR 1040/1041 RETURN ARE REPORTED ON LINE 17,
UNDER CODE V. PLEASE CONSULT YOUR TAX ADVISOR REGARDING THE CALCULATION OF
QUALIFIED BUSINESS INCOME DEDUCTION, INCLUDING THE POSSIBLE AGGREGATIONS AND
LIMITATIONS THAT MAY APPLY AND THE FILING OF THE 1.199A-4(C)(2)(I) ANNUAL
DISCLOSURE STATEMENT.

SCHEDULE K-1              SECTION 199A ITEMS, BOX 17
                                  CODE V

| DESCRIPTION | AMOUNT |
|---|---|
| TRADE OR BUSINESS | |
| ORDINARY INCOME(LOSS) | 15,517. |
| W-2 WAGES | 366,097. |
| UNADJUSTED BASIS | 28,250. |

SCHEDULE K-1 GROSS RECEIPTS FOR SECTION 448(C), BOX 17, CODE AC

| DESCRIPTION | AMOUNT |
|---|---|
| GROSS RECEIPTS - CURRENT YEAR | 1,008,952. |

SCHEDULE K-1              SCHEDULE K-3 NOTIFICATION

THE SCHEDULE K-3 HAS NOT BEEN PREPARED FOR YOU. YOU WILL NOT
RECEIVE A COPY OF THE SCHEDULE UNLESS YOU REQUEST ONE.

SHAREHOLDER 1
21260208 150861 BROTHERSGEISER            2022.02040 BROTHERS GEISER TWO LLC D BROTHER1

# Brothers Geiser Two, LLC

### Balance Sheet

As of December 31, 2022

|  | TOTAL |
|---|---|
| **ASSETS** |  |
| Current Assets |  |
| Bank Accounts |  |
| Business Market Rate Savings (8786) | 5.06 |
| Decor | 0.00 |
| Petty Cash | 2,140.70 |
| pos | 0.00 |
| US Bank 9817 | -7,415.56 |
| Wells Fargo Business Choice Checking (3580) | 34,481.00 |
| **Total Bank Accounts** | **$29,211.20** |
| Other Current Assets |  |
| Loan - R&H LLC (Papis) | 137,377.31 |
| **Total Other Current Assets** | **$137,377.31** |
| **Total Current Assets** | **$166,588.51** |
| Fixed Assets |  |
| Accumulated Amortization | -56,000.00 |
| Accumulated Depreciation | -16,368.00 |
| Equipment | 28,250.00 |
| Leasehold Improvements | 497,556.45 |
| Start Up Costs | 56,000.00 |
| **Total Fixed Assets** | **$509,438.45** |
| Other Assets |  |
| Equipment - Not yet in service | 11,351.90 |
| **Total Other Assets** | **$11,351.90** |
| **TOTAL ASSETS** | **$687,378.86** |
| **LIABILITIES AND EQUITY** |  |
| Liabilities |  |
| Current Liabilities |  |
| Accounts Payable |  |
| Accounts Payable (A/P) | 0.00 |
| **Total Accounts Payable** | **$0.00** |
| Credit Cards |  |
| Credit Card | 0.00 |

# Brothers Geiser Two, LLC

## Balance Sheet
### As of December 31, 2022

| | TOTAL |
|---|---|
| **Total Credit Cards** | **$0.00** |
| Other Current Liabilities | |
| Accrued Payroll | 0.00 |
| Accrued Sales Tax | 0.00 |
| FinWise Bank Loan | 118.43 |
| Loan - Ryan | -168,571.34 |
| Loan Payable | 63,252.00 |
| PPP | 0.00 |
| Sales Tax Payable - Chow Now | 0.00 |
| Sales Tax Payable - Square | 0.00 |
| Square Capital Loans | 61,750.00 |
| **Total Other Current Liabilities** | **$ -43,450.91** |
| **Total Current Liabilities** | **$ -43,450.91** |
| Long-Term Liabilities | |
| Celtic Bank Loan | 159,992.18 |
| Credit Key Loan | 10,197.79 |
| DoorDash Loan Payable | 9,812.81 |
| EIDL Loan | 560,000.00 |
| Loan - Private Party | 4,599.24 |
| New Loan | 0.00 |
| Toast Loan | 66,800.00 |
| **Total Long-Term Liabilities** | **$811,402.02** |
| **Total Liabilities** | **$767,951.11** |
| Equity | |
| Opening Balance Equity | 0.00 |
| Owner's Pay & Personal Expenses | -27,652.93 |
| Retained Earnings | -68,399.00 |
| Net Income | 15,479.68 |
| **Total Equity** | **$ -80,572.25** |
| **TOTAL LIABILITIES AND EQUITY** | **$687,378.86** |

# Brothers Geiser Two, LLC

## Profit and Loss
### January - December 2022

|  | TOTAL |
|---|---:|
| Income | |
| Door Dash | 103,202.26 |
| Sales | 538,643.16 |
| Sales - Chow Now | 157,532.75 |
| Sales of Product Income | 209,073.29 |
| Uncategorized Income | 500.00 |
| **Total Income** | **$1,008,951.46** |
| Cost of Goods Sold | |
| Beer Cost | 3,003.70 |
| Cost of Goods Sold | 147,166.33 |
| Cost of Goods Sold - Beverage | 5,007.85 |
| Food Cost | 164,076.86 |
| Shipping | 10.95 |
| **Total Cost of Goods Sold** | **$319,265.69** |
| **GROSS PROFIT** | **$689,685.77** |
| Expenses | |
| Advertising & Marketing | 2,198.35 |
| Amortization | 8,400.00 |
| Bank Charges & Fees | 1,385.56 |
| Car & Truck | 66.95 |
| Contractors | 476.50 |
| Depreciation | 4,150.00 |
| Donation - Downtown Businesses | 2,814.95 |
| DoorDash Capital Costs | 1,435.00 |
| Dues & Subscriptions | 898.31 |
| Entertainment | 2,200.00 |
| Equipment Rental | 250.00 |
| Gift Cards | 356.30 |
| Insurance | 11,254.39 |
| Interest Paid | 79,292.01 |
| Job Supplies | 3,927.25 |
| Kitchen Supplies | 730.55 |
| Legal & Professional Services | 5,902.17 |
| Linen | 2,492.83 |
| Loan Fees | 4,425.00 |
| Meals & Entertainment | 2,611.40 |
| Melio Credit card fee | 17.97 |
| Merchant Fees | 7,878.42 |
| Moving | 208.12 |
| Office Supplies & Software | 358.01 |
| Paper & Printing | 210.41 |
| Payroll Service Fees | 5,804.58 |

# Brothers Geiser Two, LLC

## Profit and Loss

January - December 2022

| | TOTAL |
|---|---|
| Rent & Lease | 13,400.00 |
| Repairs & Maintenance | 0.00 |
| Security | 805.88 |
| Shop Supplies | 4,493.57 |
| State Tax | 529.04 |
| Taxes | 90,186.18 |
| Taxes & Licenses | 15,897.08 |
| Travel | 36.00 |
| Utilities | 33,017.58 |
| Wages | 285,132.85 |
| **Total Expenses** | **$593,243.21** |
| **NET OPERATING INCOME** | **$96,442.56** |
| Other Income | |
| Interest Income | 1.01 |
| **Total Other Income** | **$1.01** |
| Other Expenses | |
| Owner Salary | 80,963.89 |
| **Total Other Expenses** | **$80,963.89** |
| **NET OTHER INCOME** | **$ -80,962.88** |
| **NET INCOME** | **$15,479.68** |

Fill in this information to identify the case:

| Debtor name | **Brothers Geiser Two, LLC** |
|---|---|
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF CALIFORNIA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Aida Faria 2 Truitt Avenue Martinez, CA 94553** | | **Business Loan** | | | | **$29,000.00** |
| **Ca Dept of Tax and Fee Admin P.O. Box 942879 Sacramento, CA 94279-0055** | | | | | | **$150,000.00** |
| **On Deck Capital Inc. 1400 Broadway 25th Floor New York, NY 10018-5225** | | **Business Loan** | | | | **$200,000.00** |
| **Ryan Geiser 166 Farm Lane Martinez, CA 94553** | | **Capital Contribution** | | | | **$150,000.00** |
| **Ryan Zellers 2255 Foothill Ranch Drive Tracy, CA 95377** | | **Business Loan** | | | | **$75,000.00** |
| **Square Inc. 1455 Market St., Ste 600 San Francisco, CA 94103-1332** | | **Trade debt** | | | | **$80,000.00** |
| **Toast Capital Inc 333 Summer Street Boston, MA 02210** | | **Business Loan** | | | | **$80,000.00** |
| **Toumazos Family Trust Agreement The Venetantis Trust c/o Stanley Toumazos 618 Las Juntas Martinez, CA 94553** | | **Past Due Rent** | | | | **$100,000.00** |

Case: 24-40832    Doc# 1    Filed: 06/03/24    Entered: 06/03/24 17:33:34    Page 31 of 38

Aida Faria
2 Truitt Avenue
Martinez, CA 94553


Ca Dept of Tax and Fee Admin
P.O. Box 942879
Sacramento, CA 94279-0055


On Deck Capital Inc.
1400 Broadway 25th Floor
New York, NY 10018-5225


Ryan Geiser
166 Farm Lane
Martinez, CA 94553


Ryan Zellers
2255 Foothill Ranch Drive
Tracy, CA 95377


Square Inc.
1455 Market St., Ste 600
San Francisco, CA 94103-1332


Toast Capital Inc
333 Summer Street
Boston, MA 02210


Toumazos Family Trust Agreement
The Venetantis Trust
c/o Stanley Toumazos
 618 Las Juntas
Martinez, CA 94553

# United States Bankruptcy Court
## Northern District of California

In re  **Brothers Geiser Two, LLC**

Debtor(s)

Case No.

Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Brothers Geiser Two, LLC**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**June  3, 2024**

Date

**/s/ Marc Voisenat**

**Marc Voisenat 170935**

Signature of Attorney or Litigant

Counsel for  **Brothers Geiser Two, LLC**

**Law Office of Marc Voisenat**
**2329 A Eagle Avenue**
**Alameda, CA 94501**
**510-263-8755 Fax:510-272-9158**
**voisenat@gmail.com**

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Brothers Geiser Two, LLC** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF CALIFORNIA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Aida Faria** **2 Truitt Avenue** **Martinez, CA 94553** | | **Business Loan** | | | | **$29,000.00** |
| **C & L Produce** **440 Franklin Street** **Oakland, CA 94607** | | **Product and Services** | | | | **$19,000.00** |
| **Ca Dept of Tax and Fee Admin** **P.O. Box 942879** **Sacramento, CA 94279-0055** | | | | | | **$150,000.00** |
| **On Deck Capital Inc.** **1400 Broadway 25th Floor** **New York, NY 10018-5225** | | **Business Loan** | | | | **$200,000.00** |
| **Ryan Geiser** **166 Farm Lane** **Martinez, CA 94553** | | **Capital Contribution** | | | | **$150,000.00** |
| **Ryan Zellers** **2255 Foothill Ranch Drive** **Tracy, CA 95377** | | **Business Loan** | | | | **$75,000.00** |
| **Square Inc.** **1455 Market St., Ste 600** **San Francisco, CA 94103-1332** | | **Trade debt** | | | | **$80,000.00** |
| **Toast Capital Inc** **333 Summer Street** **Boston, MA 02210** | | **Business Loan** | | | | **$80,000.00** |

Case: 24-40832   Doc# 1   Filed: 06/03/24   Entered: 06/03/24 17:33:34   Page 34 of 38

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Toumazos Family Trust Agreement The Venetantis Trust c/o Stanley Toumazos 618 Las Juntas Martinez, CA 94553** | | **Past Due Rent** | | | | **$100,000.00** |

Case: 24-40832   Doc# 1   Filed: 06/03/24   Entered: 06/03/24 17:33:34   Page 35 of 38

Aida Faria
2 Truitt Avenue
Martinez, CA 94553


C & L Produce
440 Franklin Street
Oakland, CA 94607


Ca Dept of Tax and Fee Admin
P.O. Box 942879
Sacramento, CA 94279-0055


On Deck Capital Inc.
1400 Broadway 25th Floor
New York, NY 10018-5225


Ryan Geiser
166 Farm Lane
Martinez, CA 94553


Ryan Zellers
2255 Foothill Ranch Drive
Tracy, CA 95377


Square Inc.
1455 Market St., Ste 600
San Francisco, CA 94103-1332


Toast Capital Inc
333 Summer Street
Boston, MA 02210

Toumazos Family Trust Agreement
The Venetantis Trust
c/o Stanley Toumazos
 618 Las Juntas
Martinez, CA 94553

# United States Bankruptcy Court
## Northern District of California

In re   __Brothers Geiser Two, LLC__              Case No. _____

                                    Debtor(s)            Chapter   __11__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Brothers Geiser Two, LLC__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__June 3, 2024__ _____         __/s/ Marc Voisenat__ _____
Date                                 __Marc Voisenat 170935__
                                      Signature of Attorney or Litigant
                                      Counsel for   __Brothers Geiser Two, LLC__
                                      __Law Office of Marc Voisenat__
                                      __2329 A Eagle Avenue__
                                      __Alameda, CA 94501__
                                      __510-263-8755 Fax:510-272-9158__
                                      __voisenat@gmail.com__